

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-18-00423-CV

———————————————

A-ARIBA INVESTMENTS, INC., Appellant

V.

JAI SHAKTI GLOBAL, INC., Appellee

On Appeal from County Court at Law No. 2
Denton County, Texas
Trial Court No. CV-2018-02436

Before Gabriel, Kerr, and Birdwell, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

On March 6, 2020, we notified Appellant that its brief had not been filed as required. *See* Tex. R. App. P. 38.6(a). We stated that we could dismiss the appeal for want of prosecution unless, within ten days, Appellant filed with the court a brief and an accompanying motion reasonably explaining the failure and the need for an extension. *See* Tex. R. App. P. 10.5(b), 38.8(a)(1), 42.3(b), 44.3. We have received no response.

Because Appellant has failed to file a brief even after we afforded an opportunity to explain the initial failure, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b), 43.2(f).

Appellant must pay all costs of this appeal.

Per Curiam

Delivered: April 9, 2020